| | |
|---|---|
| 1 | REED R. KATHREIN (139304) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| 4 | reed@hbsslaw.com |
| 5 | LEWIS S. KAHN |
| | KAHN GAUTHIER SWICK, LLC |
| 6 | 650 Poydras Street, Suite 2150 |
| | New Orleans, LA 70130 |
| 7 | Telephone: (504) 455-1400 |
| | Facsimile: (504) 455-1498 |
| 8 | lewis.kahn@kgscounsel.com |
| 9 | Attorneys for Plaintiff |
| 10 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PETER LIEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 07-cv-6195 JSW |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING STEVE W. BERMAN ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | ) ) ) | Action filed December 6, 2007 |
| Defendants. | ) ) | |

ORIGINAL

STEVE W. BERMAN, an active member in good standing of the bar of the State of Washington, whose business address and telephone number is:

> USDC Washington, Western Division
> 700 Stewart Street
> Seattle, WA 98101

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Peter Lien.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12-20-07

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROP.] ORD. GRANTING STEVE W. BERMAN
ADMISS. OF ATTY. *PRO HAC VICE* — No. 6195 JSW                         - 1 -