| | |
|---|---|
| 1 | REED R. KATHREIN (139304) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000 |
|   | Facsimile: (510) 725-3001 |
| 4 | reed@hbsslaw.com |
| 5 | LEWIS S. KAHN |
|   | KAHN GAUTHIER SWICK, LLC |
| 6 | 650 Poydras Street, Suite 2150 |
|   | New Orleans, LA 70130 |
| 7 | Telephone: (504) 455-1400 |
|   | Facsimile: (504) 455-1498 |
| 8 | lewis.kahn@kgscounsel.com |
| 9 | Attorneys for Plaintiff |
| 10 | [Additional counsel listed on signature page] |

E-E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER LIEN, Individually and On Behalf of All Others Similarly Situated, | No. 07-cv-6195 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING LEWIS S. KAHN APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| Defendants. | Action filed December 6, 2007 |

010006-11 212917 V1

1   LEWIS S. KAHN, an active member in good standing of the bar of the State of
2   Washington, whose business address and telephone number is:

3   USDC Washington, Western Division
    700 Stewart Street
4   Seattle, WA 98101

5   having applied in the above-entitled action for admission to practice in the Northern District of
6   California on a *pro hac vice* basis, representing Plaintiff Peter Lien.

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
9   *vice*. Service of papers upon and communication with co-counsel designed in the application will
10  constitute notice to the party. All future filings in this action are subject to the requirements
11  contained in General Order No. 45, *Electronic Case Filing*.

13  Dated: JAN 24 2008

                                                        /s/ Jeffrey S. White
                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

[PROP.]ORD. GRANTING LEWIS S. KAHN APPLN. FOR        - 1 -
ADMISS. OF ATTY. *PRO HAC VICE* - No. 6195 JSW
010006-11 212917 V1