1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS INC                    No. C 07-06140 MHP

SECURITIES LITIGATION                          **CLERK'S NOTICE**
                                               **(Rescheduling Motion Hearing)**
_____/

      The parties are notified that the hearing of the motion(s) in this matter currently on calendar for March 10, 2008, is hereby RESCHEDULED to **March 17, 2008, at 2:00 p.m.**  Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

      Richard W. Wieking
      Clerk, U.S. District Court

Dated:  February 13, 2008                      Anthony Bowser, Deputy Clerk to the
      Honorable Marilyn Hall Patel
      (415) 522-3140